UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

CORNWALL MANAGEMENT LTD and OLEG          12 CIV 08551 (LLS)
SOLOVIEV a/k/a OLEG VALENTINOVICH
SOLOVIEV,

                                                   **NOTICE OF APPEARANCE**
                                                   **AS CO-COUNSEL**

     Plaintiffs,


v.


THOR UNITED CORP. a/k/a THOR UNITED
CORPORATION, JON DOE THOR ENTITIES,
ATLANT CAPITAL HOLDINGS, LLC, OLEG
BATRACHENKO  a/k/a OLEG BATRATCHENKO,
a/k/a O.V. BATRACHENKOV, PETER KAMBOLIN,
NORTH 3RD DEVELOPMENT, LLC, and ABRAHAM
BENNUN

     Defendants.
_____/


To the Clerk of This Court and All Parties of Record:

     PLEASE TAKE NOTICE that the undersigned counsel hereby appears as co-counsel in the within action for Plaintiff, Cornwall Management Ltd.

     I certify that I am admitted to practice in this court.

Dated:  New York, New York
          March 13, 2013

                                            Cherish A. Thompson and Associates, P.A.
                         By:   /s/ Cherish A. Thompson
                                            Cherish A. Thompson (CT-7007)
                                            *Co-counsel for Plaintiffs Cornwall*
                                            *Management Ltd. and Oleg Soloviev*
                                            Brickell Bay Office Tower
                                            1001 Brickell Bay Drive, Suite 2014
                                            Miami, Florida 33131
                                            Telephone: 305.639.8600
                                            Facsimile: 305.402.2828

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case and via regular US mail to all participants who are not on the list to receive e-mail notice/service for this case on this 13th day of March 2013.  I FURTHER CERTIFY that a true and correct copy of the foregoing was served via U.S. Regular Mail on this 13th day of March 2013, to Defendants, **Thor United Corp.**, c/o the New York Secretary of State, 123 William Street #20, New York, NY 10038; **Atlant Capital Holdings, LLC**, c/o the New York Secretary of State, 123 William Street #20, New York, NY 10038; and **Peter Kambolin**, 1830 S. Ocean Drive, #4909, Hallandale, FL 33009.

.

/s Cherish A. Thompson, Esq.
Cherish A. Thompson, Esq.