UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CORNWALL MANAGEMENT LTD and OLEG SOLOVIEV a/k/a OLEG VALENTINOVICH SOLOVIEV,<br>　　　　Plaintiffs,<br><br>v.<br><br>THOR UNITED CORP. a/k/a THOR UNITED CORPORATION, JON DOE THOR ENTITIES, ATLANT CAPITAL HOLDINGS, LLC, OLEG BATRACHENKO a/k/a OLEG BATRATCHENKO, a/k/a O.V. BATRACHENKOV, PETER KAMBOLIN, NORTH 3RD DEVELOPMENT, LLC, and ABRAHAM BENNUN<br>　　　　Defendants.<br>_____/ | 12 CIV 08551 (LLS)<br><br>**NOTICE OF FILING AFFIDAVITS OF SERVICE FOR DEFENDANTS, THOR UNITED CORP. a/k/a THOR UNITED CORPORATION;ATLANT CAPITAL HOLDINGS, LLC; AND PETER KAMBOLIN**<br><br><u>Named of Assigned Judge</u><br>Honorable Louis L. Stanton |

Plaintiffs, CORNWALL MANAGEMENT LTD and OLEG SOLOVIEV a/k/a OLEG VALENTINOVICH SOLOVIEV, by and through undersigned counsel, hereby gives notice of filing the enclosed Affidavits of Service for Defendants, Thor United Corp. a/k/a Thor United Corporation; Atlant Capital Holdings, LLC; and Peter Kambolin.

Dated:  March 13, 2013
　　　　New York, New York

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　BOND SCHOENECK & KING
　　　　　　　　　　　　　　　　　　Counsel for Plaintiffs Cornwall
　　　　　　　　　　　　　　　　　　Management Ltd. and Oleg Soloviev
　　　　　　　　　　　　　　　　　　330 Madison Avenue, 39th Floor
　　　　　　　　　　　　　　　　　　New York, NY  10017
　　　　　　　　　　　　　　　　　　Tel. 646-253-2318
　　　　　　　　　　　　　　　　　　Fax. 646-253-2301
　　　　　　　　　　　　　　　　　　By:　/s Michael P. Collins, Esq.
　　　　　　　　　　　　　　　　　　　　　Michael P. Collins, Esq.

　　　　　　　　　　　　　　　　　　Cherish A. Thompson and Associates, P.A.

*Co-Counsel for Plaintiffs*
Brickell Bay Office Tower
1001 Brickell Bay Drive, Suite 2014
Miami, Florida 33131
Telephone: 305.639.8600
Facsimile: 305.402.2828
eService@cherishthompson.com
By: /s Cherish A. Thompson, Esq.
Cherish A. Thompson, Esq. (CT-7007)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case and via regular US mail to all participants who are not on the list to receive e-mail notice/service for this case on this 13th day of March 2013. I FURTHER CERTIFY that a true and correct copy of the foregoing was served via U.S. Regular Mail on this 13th day of March 2013, to Defendants, **Thor United Corp.**, c/o the New York Secretary of State, 123 William Street #20, New York, NY 10038; **Atlant Capital Holdings, LLC**, c/o the New York Secretary of State, 123 William Street #20, New York, NY 10038; and **Peter Kambolin**, 1830 S. Ocean Drive, #4909, Hallandale, FL 33009.

/s Cherish A. Thompson, Esq.
Cherish A. Thompson, Esq.

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 12 CIV 8551

Date Filed: 11/21/2012

Plaintiff:
**Cornwall Management Ltc. and Oleg Soloviev**
vs.
Defendant:
**Thor United Corp., et al.**

State of New York, County of Albany)ss.:

Received by Undisputed Legal Inc. to be served on **Thor United Corp. s/h/a Thor United Corp. (USA)**.

I, J.R. O'Rourke, being duly sworn, depose and say that on the **13th day of February, 2013** at **2:30 pm**, I:

Served Thor United Corp. s/h/a Thor United Corp. (USA) by delivering two true copies of the **Summons in a Civil Action, Complaint, Jury Demand, Electronic Filing Rules and Instructions and Individual Practices of Judge Louis L. Stanton pursuant to section 306 BCL together with statutory service fee in the amount of $40.00** to Chad Matice as Business Document Specialist I of The New York State Department of State, 99 Washington Avenue, Albany, NY 12207, the New York State Department of State being the **Registered Agent** of record of the within named corporation, in compliance with state statutes.

**Description** of Person Served: Age: 31, Sex: M, Race/Skin Color: White, Height: 6' 0", Weight: 200, Hair: Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 19th day of February, 2013 by the affiant who is personally known to me.

NOTARY PUBLIC
PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified in Albany County
My Commission Expires February 28, 2014

J.R. O'Rourke
Process Server

**Undisputed Legal Inc.**
100 Fisher Ave. #401
White Plains, NY 10602
(212) 203-8001

Our Job Serial Number: 2013000434

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x

State of New York - Department of State
Receipt for Service

Receipt #: 201302140049
Date of Service: 02/13/2013
Service Company: 31 SERVINATOR LEGAL SUPPORT SERVICES, INC.

Cash #: 201302140022
Fee Paid: $40 - CHECK

Service was directed to be made pursuant to: SECTION 306 OF THE BUSINESS CORPORATION LAW

Party Served: THOR UNITED CORP.

Plaintiff/Petitioner:
            CORNWALL MANAGEMENT LTD

Service of Process Address:
THOR UNITED CORP.
1370 BROADWAY, 5TH FLOOR
UNIT 530
NEW YORK, NY 10018

Secretary of State
By CHAD MATICE

# **AFFIDAVIT OF SERVICE**

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 12 CIV 8551

Date Filed: 11/21/2012

Plaintiff:
**Cornwall Management Ltc. and Oleg Soloviev**

vs.

Defendant:
**Thor United Corp., et al.**

State of New York, County of Albany)ss.:

Received by Undisputed Legal Inc. to be served on **Atlant Capital Holdings, LLC.**

I, J.R. O'Rourke, being duly sworn, depose and say that on the **13th day of February, 2013 at 2:30 pm, I:**

Served the within named **LIMITED LIABILITY COMPANY** by delivering two true copies of the **Summons in a Civil Action, Complaint, Jury Demand, Electronic Filing Rules and Instructions and Individual Practices of Judge Louis L. Stanton** pursuant to section 303 LLCL together with statutory service fee in the amount of $40.00 to Chad Matice as Business Document Specialist I of The New York State Department of State, 99 Washington Avenue, Albany, NY 12207, the New York State Department of State being the **Registered Agent** of record of the within named limited liability company, in compliance with state statutes.

**Description** of Person Served: Age: 31, Sex: M, Race/Skin Color: White, Height: 6' 0", Weight: 200, Hair: Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 15th day of February, 2013 by the affiant who is personally known to me.

NOTARY PUBLIC

PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified in Albany County
My Commission Expires February 28,

J.R. O'Rourke
Process Server

**Undisputed Legal Inc.**
100 Fisher Ave. #401
White Plains, NY 10602
(212) 203-8001

Our Job Serial Number: 2013000435

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x

State of New York - Department of State
Receipt for Service

Receipt #:  201302130575                          Cash #: 201302130424
Date of Service:  02/13/2013                      Fee Paid: $40 - CHECK
Service Company:  31 SERVINATOR LEGAL SUPPORT SERVICES, INC.

Service was directed to be made pursuant to:  SECTION 303 OF THE LIMITED
  LIABILITY COMPANY LAW

Party Served:   ATLANT CAPITAL HOLDINGS, LLC


Plaintiff/Petitioner:
        CORNWALL MANAGEMENT LTD


Service of Process Address:
C/O PETER KAMBOLIN
641 FIFTH AVE, 38G
NEW YORK,  NY 10022

                                              Secretary of State
                                                By  CHAD MATICE

# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of New York | County of SOUTHERN | District Court |

Index Number: 12-CV-08551
Date Filed: 11/21/2012

Plaintiff:
**CORNWALL MANAGEMENT LTD. & OLEG SOLOVIEV AKA OLEG VALENTINOVICH SOLOVIEV,**
vs.
Defendant:
**THOR UNITED CORP., AKA THOR UNITED CORPORATION,**

For:
CHERISH A. THOMPSON AND ASSOCIATES, P.A.
1001 Brickell Bay Drive
Suite 2014
Miami, FL 33131

Received by Caplan, Caplan and Caplan on the 1st day of March, 2013 at 9:42 am to be served on **PETER KAMBOLIN, 1830 SOUTH OCEAN DRIVE, #4909, HALLANDALE, FL 33009.**

I, Barbara Markowitz, being duly sworn, depose and say that on the **4th day of March, 2013 at 8:45 am, I:**

**SUBSTITUTE** served by delivering a true copy of the **Summons In A Civil Action (21) days and Amended Complaint and Jury Demand** with the date and hour of service endorsed thereon by me, to: **ANATOLI KAMBOLIN** as **FATHER** at the address of: **1830 SOUTH OCEAN DRIVE, #4909, HALLANDALE, FL 33009**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statute F.S. 48.031 on behalf.

**Additional Information pertaining to this Service:**
UPON ARRIVAL AFFIANT SPOKE TO ANATOLI KAMBOLIN WHOM STATED DEFENDANT PETER KAMBOLIN WAS NOT HOME, BUT WOULD ACCEPT SERVICE ON HIS BEHALF, HE CONFIRMED DEFENDANT RESIDED AT THIS ADDRESS.

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Sheriff Appointed Process Server in the county in which this defendant/witness was served and have no interest in the above action. Pursuant to FS 92.525(2), no notary is required.

[Notary seal: AIDA LUZ OTERO, Notary Public - State of Florida, My Comm. Expires Aug 11, 2015, Commission # EE 121349]

STATE OF FLORIDA
COUNTY OF MIAMI-DADE / BROWARD
Subscribed and Sworn to before me on the 4th day of March, 2013 by the affiant who is personally known to me.

NOTARY PUBLIC

Barbara Markowitz
164

Caplan, Caplan and Caplan
172 West Flagler St., #320
Miami, FL 33130
(305) 374-3426

Our Job Serial Number: CPN-2013008473

Service Fee: _____

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

RUSH

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

CORNWALL MANAGEMENT LTD and
and OLEG SOLOVIEV

Plaintiff

v.

THOR UNITED CORP., et al.

Defendant

12 CIV 8551

Civil Action No.

## Summons in a Civil Action

To: *(Defendant's name and address)*

Peter Kambolin
15 East 12th Street
New York, New York 10003

1x) 1830 S. Ocean Dr. #4904
Hallandale, FL 33009

2x) 19111 Collins Ave #2408
Sunny Isles, FL 33160

Anatoly Kambolin
84 A

MUST PROVIDE FOLLOWING INFORMATION
AGE: 60 M/F: M RACE: W HEIGHT: ___
WEIGHT: ___ HAIR ___ GLASSES Y/N

170  S/A/H/P   Yes

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

NOV 2 1 2012

Date: _____

Name of clerk of court

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*