UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CORNWALL MANAGEMENT LTD and OLEG SOLOVIEV a/k/a OLEG VALENTINOVICH SOLOVIEV,

    Plaintiffs,

v.

THOR UNITED CORP. a/k/a THOR UNITED CORPORATION, JON DOE THOR ENTITIES, ATLANT CAPITAL HOLDINGS, LLC, OLEG BATRACHENKO a/k/a OLEG BATRATCHENKO, a/k/a O.V. BATRACHENKOV, PETER KAMBOLIN, NORTH 3RD DEVELOPMENT, LLC, and ABRAHAM BENNUN

    Defendants.
_____/

12 CIV 08551 (LLS)

**CERTIFICATE OF SERVICE OF AMENDED COMPLAINT[D.E. 8]**

Named of Assigned Judge
Honorable Louis L. Stanton

---

I HEREBY CERTIFY that a true and correct copy of the Amended Complaint [D.E. 8], was served via U.S. Regular Mail on this 13th day of March 2013, to Defendants, **Thor United Corp.**, c/o the New York Secretary of State, 123 William Street #20, New York, NY 10038; **Atlant Capital Holdings, LLC**, c/o the New York Secretary of State, 123 William Street #20, New York, NY 10038; and **Peter Kambolin**, 1830 S. Ocean Drive, #4909, Hallandale, FL 33009.

Dated:  New York, New York
        March 13, 2013

                                      Respectfully submitted,

                                      BOND SCHOENECK & KING
                                      Counsel for Plaintiffs Cornwall Management Ltd. and Oleg Soloviev
                                      330 Madison Avenue, 39th Floor
                                      New York, NY  10017
                                      Tel. 646-253-2318
                                      Fax. 646-253-2301
                                      By:    /s Michael P. Collins, Esq.

                    Michael P. Collins, Esq.

          Cherish A. Thompson and Associates, P.A.
*Co-Counsel for Plaintiffs*
Brickell Bay Office Tower
1001 Brickell Bay Drive, Suite 2014
Miami, Florida 33131
Telephone: 305.639.8600
Facsimile: 305.402.2828
eService@cherishthompson.com
By:    /s Cherish A. Thompson, Esq.
Cherish A. Thompson, Esq. (CT-7007)

CAT P.A.