USDC SDNY  STANTON
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-26-2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CORNWALL MANAGEMENT LTD and OLEG SOLOVIEV a/k/a OLEG VALENTINOVICH SOLOVIEV,<br><br>Plaintiffs,<br><br>-against-<br><br>THOR UNITED CORP. a/k/a THOR UNITED CORPORATION, JOHN DOE THOR ENTITIES, ATLANTA CAPITAL HOLDINGS, LLC, OLEG BATRACHENKO a/k/a O.V.BATRACHENKOV, PETER KAMBOLIN, NORTH 3RD DEVELOPMENT, LLC, and ABRAHAM BENNUN<br><br>Defendants. | 12 CIV 08551 (LLS)<br><br><br><br>**STIPULATION** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties hereto, that:

1. In light of the filing of an Amended Complaint (Dkt. No. 8), the motion to dismiss filed by defendants North 3rd Development, LLC and Abraham Bennun (Dkt. Nos. 3, 4) is hereby withdrawn. Defendants shall answer, move, or otherwise respond to the Amended Complaint in accordance with the Federal Rules of Civil Procedure.

2. This Stipulation may be executed in counterparts, with facsimile signatures treated as originals.

2003333-1

Dated: New York, New York
March 13, 2013

| BOND, SCHOENECK & KING, PLLC | OLSHAN FROME WOLOSKY LLP |
|---|---|
| By: /s/ Michael P. Collins | By: /s/ Thomas J. Fleming |
| Michael P. Collins | Thomas J. Fleming |
| 330 Madison Avenue, 39th Floor | Renee M. Zaytsev |
| New York, New York 10017 | Park Avenue Tower |
| (646) 253-2318 | 65 East 55th Street |
| | New York, New York 10022 |
| *Attorneys for Plaintiffs* | (212) 451-2300 |

*Attorneys for Defendants
North 3rd Development, LLC and
Abraham Bennun*

SO ORDERED.

/s/ Louis L. Stanton
U.S.D.J.

3/25/13

2003333-1