Stanton, J-

ORIGI

U.S.DC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4·2·2013

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CORNWALL MANAGEMENT LTD and OLEG
SOLOVIEV a/k/a OLEG VALENTINOVICH
SOLOVIEV

                 Plaintiffs,

       v.

THOR UNITED CORP. a/k/a THOR UNITED
CORPORATION, JOHN DOE THOR ENTITIES,
ATLANT CAPITAL HOLDINGS, LLC, OLEG
BATRACHENKO a/k/a OLEG
BATRATCHENKO a/k/a O.V.
BATRACHENKOV, PETER KAMBOLIN
NORTH 3RD DEVELOPMENT, LLC and
ABRAHAM BENNUN,

                 Defendants.

---

Civil Action No. 12-cv-08551 (LLS)

**STIPULATION AND**
**[PROPOSED] ORDER**

---

WHEREAS, Cornwall Management Ltd and Oleg Soloviev a/k/a Oleg Valentinovich Soloviev ("Plaintiffs") filed their Complaint on November 21, 2012;

WHEREAS, Plaintiffs filed an Amended Complaint on February 26, 2013;

WHEREAS, defendants, Peter Kambolin and Atlant Capital Holdings, LLC ("Defendants") time to answer, move or otherwise respond to the Amended Complaint is currently set for April 3, 2013;

WHEREAS, Defendants request an extension of time to answer, move or otherwise respond to the Amended Complaint;

WHEREAS, Plaintiffs consent to the Defendants' request; and

WHEREAS, Defendants have made no prior requests for an extension of time:

IT IS HEREBY STIPULATED, by and between the undersigned counsel for Plaintiffs and Defendants, without waiving any rights, defenses, or arguments they may assert, except as set forth below, and subject to the approval of the Court, as follows:

1.      The Defendants' time to answer, move or otherwise respond to the Amended Complaint shall be extended to and including April 26, 2013; and

2.      The Defendants shall waive all defenses related to personal jurisdiction, venue, and service of process.

DATED:   March 29, 2013


BOND SCHOENEK & KING PLLC

By _____
    Michael P. Collins
    collinm@bsk.com
    330 Madison Avenue, 29th Floor
    New York, New York 10017
    (646) 253-2318

    *Attorneys for Plaintiffs*


TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT LLP

By: _____
    Paul D. Sarkozi
    sarkozi@thsh.com
    Zev F. Raben
    raben@thsh.com
    900 Third Avenue
    New York, New York 10022
    (212) 508-6700

    *Attorneys for Defendants*
    *Peter Kambolin and*
    *Atlant Capital Holdings, LLC*


SO ORDERED:

_____
Hon. Louis L. Stanton, United States District Judge

4/2/13