USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CORNWALL MANAGEMENT LTD and OLEG
SOLOVIEV a/k/a OLEG VALENTINOVICH
SOLOVIEV,

    Plaintiffs,

v.

THOR UNITED CORP. a/k/a THOR UNITED
CORPORATION, JON DOE THOR ENTITIES,
ATLANT CAPITAL HOLDINGS, LLC, OLEG
BATRACHENKO a/k/a OLEG BATRATCHENKO,
a/k/a O.V. BATRACHENKOV, PETER KAMBOLIN,
NORTH 3RD DEVELOPMENT, LLC, and ABRAHAM
BENNUN,

    Defendants.

_____/

12 CIV 08551 (LLS)

**CLERK'S DEFAULT**

Name of Assigned Judge:
Honorable Louis L. Stanton

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on November 21, 2012 with the filing of a summons and complaint. A copy of the summons and complaint was served on Defendant, Thor United Corp., by serving the New York Secretary of State on February 13, 2013. Proof of such service thereof was filed on March 13, 2013. On February 26, 2013, plaintiffs filed an amended complaint. A copy of the amended complaint was served on Defendant, Thor United Corp., by serving the New York Secretary of State on March 13, 2013. Accordingly, a response was due on or before April 3, 2013. I further certify that the docket entries indicate that Defendant, Thor United Corp., has not filed an answer or otherwise moved with respect to the amended complaint herein. The default of the Defendant, Thor United Corp., is hereby noted.

Dated: New York, New York
      April 8, 2013

RUBY J. KRAJICK
Clerk of the Court

By: _____
    Deputy Clerk