UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
CORNWALL MANAGEMENT LTD and OLEG
SOLOVIEV a/k/a OLEG VALENTINOVICH
SOLOVIEV,

      Plaintiffs,

v.

THOR UNITED CORP. a/k/a THOR UNITED
CORPORATION, JON DOE THOR ENTITIES,
ATLANT CAPITAL HOLDINGS, LLC, OLEG
BATRACHENKO a/k/a OLEG BATRATCHENKO,
a/k/a O.V. BATRACHENKOV, PETER KAMBOLIN,
NORTH 3RD DEVELOPMENT, LLC, and ABRAHAM
BENNUN

      Defendants.
_____/

Index No.: 12-CV-08551 (LLS)

**NOTICE OF MOTION TO AUTHORIZE ALTERNATIVE SERVICE ON DEFENDANT, OLEG BATRATCHENKO**

PLEASE TAKE NOTICE that upon the annexed declaration of Cherish A. Thompson, Esq., accompanying exhibits, and the memorandum of law in support, Plaintiffs Cornwall Management Ltd. ("Cornwall") and Oleg Soloviev ("Soloviev") will move this Court before the Honorable Louis L. Stanton, United States District Court Judge at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time that the Court may provide, for an Order authorizing alternative service on defendant Oleg Batratchenko, pursuant to N.Y. C.P.L.R. §308 and/or Fed. R. Civ. P. 4(f)(3), and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
       April 9, 2013

                                  Respectfully submitted,

                                  BOND SCHOENECK & KING
                                  Counsel for Plaintiffs Cornwall

> Management Ltd. and Oleg Soloviev
> 330 Madison Avenue, 39th Floor
> New York, NY  10017
> Tel. 646-253-2318
> Fax. 646-253-2301
>
> By:   /s Michael P. Collins, Esq.
>          Michael P. Collins, Esq.
>
> -and-
> Cherish A. Thompson and Associates, P.A.
> Co-counsel for Plaintiffs Cornwall
> Management Ltd. and Oleg Soloviev
> Brickell Bay Office Tower
> 1001 Brickell Bay Drive, Suite 2014
> Miami, Florida 33131
> Telephone: 305.639.8600
> Facsimile: 305.402.2828
> By:  /s Cherish A. Thompson, Esq.
>         Cherish A. Thompson, Esq. (CT-7007)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case and via regular US mail to all participants who are not on the list to receive e-mail notice/service for this case on this 9th day of April 2013.  I FURTHER CERTIFY that a true and correct copy of the foregoing was served via U.S. Regular Mail on this 9th of April 2013, to Defendant, **Thor United Corp.**, 1370 Broadway, 5th Floor, Unit 530, New York, New York 10018; and Defendant, **Oleg Batratchenko**, 575 Ridgeland Terrace, Englewood, New Jersey 07631; 244 Riverside Drive, Apt. 5C, New York, New York 10025; 271 W 47th Street Apt 37F, New York, New York 10036; and 551 Fifth Avenue, Suite 2020, New York, New York 10176.

> /s Cherish A. Thompson, Esq.
> Cherish A. Thompson, Esq.