ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/9/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CORNWALL MANAGEMENT LTD and OLEG SOLOVIEV a/k/a OLEG VALENTINOVICH SOLOVIEV,

        Plaintiffs,

v.

THOR UNITED CORP. a/k/a THOR UNITED CORPORATION, et al.,

        Defendants.

**STIPULATION**

Civil Action No. 12-CV-08551 (LLS)

It is hereby stipulated and agreed by and between counsel to the undersigned parties that with respect to the motion to dismiss the Amended Complaint filed by defendants Abraham Bennun and North 3rd Development, LLC, the schedule shall be as follows:

1. Plaintiffs' time to file responsive papers shall be April 10, 2013; and

2. The moving defendants' time to file reply papers shall be April 26, 2013.

MARCH 29, 2013

_____
Michael P. Collins (MC-0906)
BOND, SCHOENECK & KING, PLLC
Attorneys for Plaintiffs Cornwall Management
    Ltd. and Oleg Soloviev
330 Madison Avenue, 39th Floor
New York, New York 10017-5001
(646) 253-2318

Cherish A. Thompson and Associates, P.A.
Co-counsel for Plaintiffs Cornwall Management
    Ltd. and Oleg Soloviev
Brickell Bay Office Tower
1001 Brickell Bay Drive, Suite 2014
Miami, Florida 33131

_____
Thomas J. Fleming (TF-4423)
Renee M. Zaytsev (RZ-8657)
Attorneys for Defendant Abraham Bennun and
North 3rd Development, LLC
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300

SO ORDERED

*Louis L. Stanton*
Louis L. Stanton, U.S.D.J.
Date: 4/9/13

55595.3 3/27/2013