**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CORNWALL MANAGEMENT LTD and OLEG SOLOVIEV a/k/a OLEG VALENTINOVICH SOLOVIEV<br><br>Plaintiffs,<br><br>v.<br><br>THOR UNITED CORP. a/k/a THOR UNITED CORPORATION, JOHN DOE THOR ENTITIES, ATLANT CAPITAL HOLDINGS, LLC, OLEG BATRACHENKO a/k/a OLEG BATRATCHENKO a/k/a O.V. BATRACHENKOV, PETER KAMBOLIN NORTH 3RD DEVELOPMENT, LLC and ABRAHAM BENNUN,<br><br>Defendants. | Civil Action No. 12-cv-08551 (LLS)<br><br><br>**RULE 7.1 DISCLOSURE STATEMENT OF ATLANT CAPITAL HOLDINGS, LLC** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Atlant Capital Holdings, LLC ("Atlant") hereby certifies that there are no corporate parents of Atlant, Atlant is a nongovernmental corporate party, and no publicly held corporations own more than 10% of Atlant's stock.  Atlant is not a publicly-traded corporation.


[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

Dated: New York, New York
      April 26, 2013

TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT LLP


By:   /s/ Paul D. Sarkozi
         Paul D. Sarkozi
         sarkozi@thsh.com
         Zev F. Raben
         raben@thsh.com
         900 Third Avenue
         New York, New York 10022
         (212) 508-6700

*Attorneys for Defendants Peter Kambolin*
*and Atlant Capital Holdings, LLC*