UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CORNWALL MANAGEMENT LTD and OLEG SOLOVIEV a/k/a OLEG VALENTINOVICH SOLOVIEV<br><br>Plaintiffs,<br><br>v.<br><br>THOR UNITED CORP. a/k/a THOR UNITED CORPORATION, JOHN DOE THOR ENTITIES, ATLANT CAPITAL HOLDINGS, LLC, OLEG BATRACHENKO a/k/a OLEG BATRATCHENKO a/k/a O.V. BATRACHENKOV, PETER KAMBOLIN NORTH 3RD DEVELOPMENT, LLC and ABRAHAM BENNUN,<br><br>Defendants. | Civil Action No. 12-cv-08551 (LLS)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the accompanying Declarations of Peter Kambolin and Paul D. Sarkozi, and the Memorandum of Law in Support of Defendants Atlant Capital Holdings, LLC and Peter Kambolin Support of their Motion to Dismiss the Amended Complaint, dated April 26, 2013, and all prior pleadings and proceedings, Defendants Peter Kambolin and Atlant Capital Holdings, LLC will move this Court before the Honorable J. Stanton, United States District Judge, at the Daniel Patrick Moynihan, 500 Pearl Street, New York, New York 10007, on a date and time to be determined by this Court, for an order pursuant to Rule 9(b), 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Plaintiffs' Amended Complaint for lack of subject matter jurisdiction and failure to state a claim.

Dated: New York, New York
April 26, 2013

                    TANNENBAUM HELPERN
                    SYRACUSE & HIRSCHTRITT LLP

                    By:   /s/ Paul D. Sarkozi
                          Paul D. Sarkozi
                          sarkozi@thsh.com
                          Zev F. Raben
                          raben@thsh.com
                          900 Third Avenue
                          New York, New York 10022
                          (212) 508-6700

                    *Attorneys for Defendants Peter Kambolin*
                    *and Atlant Capital Holdings, LLC*