UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CORNWALL MANAGEMENT LTD and OLEG SOLOVIEV a/k/a OLEG VALENTINOVICH SOLOVIEV<br><br>               Plaintiffs,<br>v.<br><br>THOR UNITED CORP. a/k/a THOR UNITED CORPORATION, JOHN DOE THOR ENTITIES, ATLANT CAPITAL HOLDINGS, LLC, OLEG BATRACHENKO a/k/a OLEG BATRATCHENKO a/k/a O.V. BATRACHENKOV, PETER KAMBOLIN NORTH 3RD DEVELOPMENT, LLC and ABRAHAM BENNUN,<br><br>               Defendants. | Civil Action No. 12-cv-08551 (LLS) |

     I, PETER KAMBOLIN, do hereby declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

     1.     I am a named defendant in this action and respectfully submit this Declaration in support of Defendants' Motion to Dismiss the Amended Complaint.

     2.     Prior to 2005, I worked with Oleg Batrachenko, also a defendant in this action, out of offices located at 551 Fifth Avenue, New York, New York.

     3.     Based on the conversations that we had when we worked together, I know that Mr. Batrachenko had come to the United States from Russia, and was a Russian citizen.

     4.     In 2005, Mr. Batrachenko left New York to return to live in Russia. To my knowledge he has been a permanent resident of Russia ever since, and currently lives in the Moscow area with his wife and children.

     5.     Since 2005, I have spoken with Mr. Batrachenko from time to time and he has always called me from Russia.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date:   April 18, 2013

/s/ PETER KAMBOLIN