UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CORNWALL MANAGEMENT LTD and OLEG SOLOVIEV a/k/a OLEG VALENTINOVICH SOLOVIEV,<br><br>                Plaintiffs,<br><br>    v.<br><br>THOR UNITED CORP. a/k/a THOR UNITED CORPORATION, JOHN DOE THOR ENTITIES, ATLANT CAPITAL HOLDINGS, LLC, OLEG BATRACHENKO a/k/a OLEG BATRATCHENKO a/k/a O.V. BATRACHENKOV, PETER KAMBOLIN NORTH 3RD DEVELOPMENT, LLC and ABRAHAM BENNUN,<br><br>                Defendants. | Civil Action No. 12-cv-08551 (LLS)<br><br>**NOTICE OF APPEARANCE AND DEMAND** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, that Zev F. Raben of Tannenbaum Helpern Syracuse & Hirschtritt LLP hereby appears in the above-entitled action and that the undersigned has been retained as an attorney for Defendants Peter Kambolin and Atlant Capital Holdings, LLC and hereby demands service of all papers and notices of all proceedings in said action be served upon the undersigned at the office and post office address listed below.

Dated: New York, New York
       May 31, 2013

TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT LLP

By: ___s/ Zev F. Raben_____

900 Third Avenue
New York, New York 10022
(212) 508-7548
Fax: (212) 371-1084
Email: raben@thsh.com

*Attorneys for Defendants Peter Kambolin and Atlant Capital Holdings, LLC*