UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CORNWALL MANAGEMENT LTD and OLEG SOLOVIEV

   Plaintiff,

Case No. 12 CIV 08551 (LLS)

-against-

THOR UNITED CORP.

   Defendant.

---

### NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Cherish A. Thompson**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: CT-7007     My State Bar Number is 5074281

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:
   FIRM NAME: Cherish A. Thompson and Associates, P.A.
   FIRM ADDRESS: 1001 Brickell Bay Dr., Suite 2014, Miami, FL 33131
   FIRM TELEPHONE NUMBER: 305-639-8600
   FIRM FAX NUMBER: 305-402-2828

NEW FIRM:
   FIRM NAME: Thompson PLLC
   FIRM ADDRESS: 214 Brazilian Ave., Suite 200, Palm Beach, FL 33480
   FIRM TELEPHONE NUMBER: 305-494-3400
   FIRM FAX NUMBER: 305-503-8868

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 06/03/2013

_____
ATTORNEY'S SIGNATURE